IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEAGHAN BAUER and STEPHANO DEL ROSE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:17-cv-1330 (RDM) |
| ELISABETH DEVOS, in her official capacity as Secretary of Education, and THE DEPARTMENT OF EDUCATION | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF FILING A CERTIFIED LIST OF THE CONTENTS OF THE
<u>ADMINISTRATIVE RECORDS</u>**

Pursuant to Local Rule 7(n)(1) and the Court's November 9, 2017 Minute Order, Defendants hereby file a certified list of the contents of the administrative records in the above-captioned case. An index of the administrative records, along with the certifications for the records, are attached.

Defendants are serving a copy of the entire administrative records on DVD on plaintiffs, via UPS overnight mail, to:

Adam R. Pulver
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Dated: December 1, 2017           Respectfully submitted,

                                                       CHAD A. READLER
                                                       Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA # 89400)
Trial Attorney
KAREN S. BLOOM (DC # 499425)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEAGHAN BAUER;<br>STEPHANO DEL ROSE<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official<br>capacity as Secretary of the U.S.<br>Department of Education;<br>U.S. DEPARTMENT OF EDUCATION<br><br>Defendants. | Case No. 17-cv-01330-RDM |

**Department of Education**

34 C.F.R. Parts 668, 674, 682, and 685
*Student Assistance General Provisions, Federal Perkins Loan Program, Federal Family Education Loan Program, William D. Ford Federal Direct Loan Program, and Teacher Education Assistance for College and Higher Education Grant Program; Final Rule; Notification of Partial Delay of Effective Dates*
Docket No. ED-2015-OPE-0103, June 16, 2017

34 C.F.R. Parts 668, 674, 682, and 685
*Student Assistance General Provisions, Federal Perkins Loan Program, Federal Family Education Loan Program, William D. Ford Federal Direct Loan Program, and Teacher Education Assistance for College and Higher Education Grant Program; Interim Final Rule; Delay of Effective Date; Request for Comments*
Docket No. ED-2015-OPE-0108, October 24, 2017

**Administrative Record Index for the Delay of Effective Date ("705 Notice")**

Delay of Effective Date: Final Rule, June 16, 2017 ........................................................ AR-A-000001

Delay of Effective Date, Regulatory Action Memorandum, June 12,
    2017 ................................................................................................................................ AR-A-000003

Intent to Establish Negotiated Rulemaking Committees, June 16, 2017 ......................... AR-A-000008

i

Borrower Defense: Final Rule, November 1, 2016 .......................................................... AR-A-000010

California Association of Private Postsecondary Schools v. DeVos,
    Case No. 1:17-cv-00999-RDM (D. D.C. May 24, 2017),
    complaint.................................................................................................................. AR-A-000174

Correspondence............................................................................................................... AR-A-000260

[*Remainder of page left deliberately blank*]

## Administrative Record Index for the Interim Final Rule

Interim Final Rule, October 24, 2017 ............................................................................AR-B-000001

Delay of Effective Date: Final Rule, June 16, 2017 ...................................................... AR-A-000001

Borrower Defense: Final Rule, November 1, 2016 ....................................................... AR-A-000010

California Association of Private Postsecondary Schools v. DeVos,
    Case No. 1:17-cv-00999-RDM (D. D.C. May 24, 2017),
    complaint...................................................................................................... AR-A-000174

Senate Report No. 99-296 (1986) ..................................................................................AR-B-000009

Reauthorization of the Higher Education Act, 1985: Hearings Before
    the S. Subcomm. On Educ., Arts and Humanities, 99th Cong.
    10 (1985).......................................................................................................AR-B-000366

H.R. Rep. No. 102–447, at 77 (1992) .............................................................................AR-B-000866

Notice of Proposed Rulemaking, October 24, 2017 .......................................................AR-B-001431

Correspondence..............................................................................................................AR-B-001437

...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEAGHAN BAUER;<br>STEPHANO DEL ROSE<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the U.S. Department of Education;<br>U.S. DEPARTMENT OF EDUCATION<br><br>Defendants. | Case No. 17-cv-01330-RDM |

**DEFENDANTS' CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Brian Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the attached pages AR-A-000001 through AR-B-001481, as identified on the Administrative Record Index filed with this Certification, constitute true copies of the administrative records underlying the Department of Education's decisions concerning its partial delay of effective dates issued on June 16, 2017 at 82 Fed. Reg. 27,621 and its interim final rule issued on October 24, 2017 at 82 Fed. Reg. 49,114.

Documents that are privileged are not part of the administrative record.

Made on this 1st day of December, 2017.

*Brian Siegel*
Brian Siegel
Deputy Assistant General Counsel
Division of Postsecondary Education
Office of the General Counsel
U.S. Department of Education