# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEAGHAN BAUER and STEPHANO DEL ROSE, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>ELISABETH DEVOS, Secretary, U.S. )<br>Department of Education, *et al.*, )<br>)<br>*Defendants*. )<br>_____ ) | Civil Action No. 17-1330 (RDM) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD APPENDIX

Pursuant to Local Rule 7(n), Plaintiffs Meaghan Bauer and Stephano Del Rose hereby file the attached Appendix, containing those portions of the administrative record that are cited in the parties' memoranda in support of or in opposition to the pending cross-motions for summary judgment. All parties have agreed to the contents of the Appendix.

Respectfully submitted,

/s/ *Adam R. Pulver*

| | |
|---|---|
| Toby R. Merrill | Adam R. Pulver |
| Mass. BBO No. 601071 | D.C. Bar No. 1020475 |
| Amanda M. Savage | Scott L. Nelson |
| Mass. BBO No. 690938 | D.C. Bar No. 413548 |
| Alec P. Harris | Julie A. Murray |
| Colo. Bar No. 47547 | D.C. Bar No. 1003807 |
| PROJECT ON PREDATORY STUDENT LENDING, | PUBLIC CITIZEN LITIGATION GROUP |
| LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL | 1600 20th Street NW |
| 122 Boylston Street | Washington, DC 20009 |
| Jamaica Plain, MA 02130 | (202) 588-1000 |
| (617) 522-3003 | apulver@citizen.org |
| tomerrill@law.harvard.edu | |

*Counsel for Plaintiffs*

Dated: January 31, 2018