**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MEAGHAN BAUER and STEPHANO DEL ROSE,

Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of Education, and THE DEPARTMENT OF EDUCATION

Defendants.

AND

COMMONWEALTH OF MASSACHUSETTS, *et al.*,

Plaintiffs,

v.

THE DEPARTMENT OF EDUCATION, and ELISABETH DEVOS, in her official capacity as Secretary of Education,

Defendants.

Consolidated Civil Action Nos.
1:17-cv-1330 (RDM)
1:17-cv-1331 (RDM)

**NOTICE OF FILING A CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1) and the Court's March 1, 2018 Minute Order, Defendants hereby file a certified list of the contents of the administrative record underlying the United States Department of Education's February 14, 2018 Final Rule (83 Fed. Reg. 6458), challenged in the above-captioned consolidated cases by second amended complaints filed in March 2018. An index of the administrative record, along with the certification for the record, is attached.

Defendants are serving a copy of the entire administrative record on plaintiffs, on CD and via UPS overnight mail, to:

Adam R. Pulver
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

AND

Yael Shavit
Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA 01208

Dated: April 2, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA # 89400)
Trial Attorney
KAREN S. BLOOM (DC # 499425)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MEAGHAN BAUER;**
**STEPHANO DEL ROSE**

**and**

**COMMONWEALTH OF MASSACHUSETTS, et al.**

**Plaintiffs,**

**v.**

**ELISABETH DEVOS, in her official capacity as Secretary of the U.S. Department of Education;**
**U.S. DEPARTMENT OF EDUCATION**

**Defendants.**

**Case No. 17-cv-01330-RDM**

**Department of Education**

34 C.F.R. Parts 668, 674, 682, and 685
***Student Assistance General Provisions, Federal Perkins Loan Program, Federal Family Education Loan Program, William D. Ford Federal Direct Loan Program, and Teacher Education Assistance for College and Higher Education Grant Program; Final Regulations***
Docket No. ED-2017-OPE-0112, February 14, 2018

**Administrative Record Index for the Final Rule Published by the Department on February 14, 2018**


Final Rule, February 14, 2018 .......... AR-000001

Final Rule, Regulatory Action Memorandum, January 24, 2018 .......... AR-000014

Notice of Proposed Rulemaking (NPRM), October 24, 2017 .......... AR-000019

Public Comments Received on NPRM .......... AR-000025

Interim Final Rule, October 24, 2017 .......... AR-000085

Delay of Effective Date: Final Rule, June 16, 2017 ("705 Notice") .......... AR-000093

Intent to Establish Negotiated Rulemaking Committees, June 16, 2017 .......... AR-000095

California Association of Private Postsecondary Schools v. DeVos,
Case No. 1:17-cv-00999-RDM (D. D.C. May 24, 2017),
complaint....AR-000097

Procedural Rules: Final Rule, Jan. 19, 2017....AR-000183

Borrower Defense: Final Rule, November 1, 2016....AR-000190

Borrower Defense: Notice of Proposed Rulemaking, June 16, 2016....AR-000354

Correspondence Received by the Department Related to the
Implementation of the Borrower Defense Final Rule....AR-000448

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MEAGHAN BAUER;**
**STEPHANO DEL ROSE**

**and**

**COMMONWEALTH OF MASSACHUSETTS, et al.**

**Plaintiffs,**

**v.**

**ELISABETH DEVOS, in her official capacity as Secretary of the U.S. Department of Education;**
**U.S. DEPARTMENT OF EDUCATION**

**Defendants.**

**Case No. 17-cv-01330-RDM**

**DEFENDANTS' CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Brian Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the attached pages AR-000001 – AR-000457, as identified on the Administrative Record Index filed with this Certification, constitute true copies of the administrative record underlying the Department of Education's decision concerning its final rule issued on February 14, 2018, at 83 Fed. Reg. 6,458.

Documents that are privileged are not part of the administrative record.

Made on this 2nd day of April, 2018.

Brian Siegel
Deputy Assistant General Counsel
Division of Postsecondary Education
Office of the General Counsel
U.S. Department of Education