# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MEAGHAN BAUER and STEPHANO DEL ROSE, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and THE DEPARTMENT OF EDUCATION <br><br> Defendants. <br><br> AND <br><br> COMMONWEALTH OF MASSACHUSETTS, *et al.,* <br><br> Plaintiffs <br><br> v. <br><br> THE DEPARTMENT OF EDUCATION, and ELISABETH DEVOS, in her official capacity as Secretary of Education, <br><br> Defendants. | Consolidated Civil Action Nos. <br> 1:17-cv-1330 (RDM) <br> 1:17-cv-1331 (RDM) |

## NOTICE REGARDING PUBLICATION OF NOTICE OF PROPOSED RULEMAKING

On November 1, 2016, the Department of Education ("Department") promulgated a final rule addressing student borrowers' ability to assert defenses to repayment of federal Direct Loan obligations based on misconduct by educational institutions. *See* Student Assistance General Provisions, Federal Perkins Loan Program, Federal Family Education Loan Program, William D. Ford Federal Direct Loan Program, and Teacher Education Assistance for College and Higher

Education Grant Program, 81 Fed. Reg. 75,926-01 (Nov. 1, 2016) ("2016 borrower defense rule"). These consolidated actions challenge actions the Department has taken to delay the effective date of certain provisions of that rule. Currently, those provisions of the 2016 borrower defense rule are delayed until, at the earliest, July 1, 2019, pending, among other things, the Department's conclusion of a negotiated rulemaking process to review and revise the 2016 borrower defense rule.

Defendants wish to provide the Court notice that, as a result of that process, on July 31, 2018, the Department published a notice of proposed rulemaking. *See* 83 Fed. Reg. 37,242-37,330.

Dated: August 1, 2018

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 */s/ R. Charlie Merritt*
KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT (VA # 89400)
STUART J. ROBINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: (202) 616-8098
Fax: (202) 616-8470
robert.c.merritt@usdoj.gov

*Counsel for Defendants*