# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEAGHAN BAUER and STEPHANO DEL ROSE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BETSY DEVOS, *in her official capacity as Secretary of Education*,<br><br>and<br><br>UNITED STATES DEPARTMENT OF EDUCATION<br><br>　　　　Defendants. | Civil Action No. 17-01330 (RDM) |
| COMMONWEALTH OF MASSACHUSETTS, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　and<br><br>BETSY DEVOS, *in her official capacity as Secretary of Education,*<br><br>　　　　Defendants. | Civil Action No. 17-CV-01331 (RDM) |

## **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Clifford M. Sloan as counsel for Amicus Curiae California Association of Private Postsecondary Schools ("CAPPS") in the above-captioned cases is hereby withdrawn. CLERK OF COURT please SUBSTITUTE the appearance of Sylvia O. Tsakos from Skadden, Arps, Slate, Meagher & Flom LLP for Clifford M. Sloan as counsel of record for CAPPS in this matter.

Dated: May 29, 2019

Respectfully submitted,

/s/ Sylvia O. Tsakos
CLIFFORD M. SLOAN, DC Bar No. 417339
SYLVIA O. TSAKOS, DC Bar No. 888273394
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
T: 202/371-7000
F: 202/661-8340
Email: cliff.sloan@skadden.com
Email: sylvia.tsakos@skadden.com

*Attorneys for CAPPS*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice was filed with the Clerk of the Court on May 29, 2019, using the CM/EMF system, which will send notification of such filing to all counsel of record.

/s/ Sylvia O. Tsakos
Sylvia O. Tsakos