IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MEAGHAN BAUER and STEPHANO DEL ROSE, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and THE DEPARTMENT OF EDUCATION <br><br> Defendants. | Civil Action No. 1:17-cv-1330 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered on September 4, 2019, the parties have met and conferred to discuss whether and how the student borrower regulations released by the U.S. Department of Education ("Department") on August 30, 2019, and which are to be published in the Federal Register, affect this litigation.

The parties do not believe the forthcoming regulations have any effect on this litigation because the Court has already entered final judgment for Plaintiffs.  On September 12, 2018, the Court issued a Memorandum Opinion and Order that granted Plaintiffs' motion for summary judgment and denied Defendants' cross-motion for summary judgment.  ECF No. 87.  On September 18, 2018, the Court entered another Memorandum Opinion and Order that immediately vacated the Department's final rule delaying the Department's 2016 borrower defense regulations, *see* 83 Fed. Reg. 6458 (Feb. 14, 2018), vacated the Department's stay of those same regulations pursuant to Section 705 of the APA ("Section 705 Stay"), *see* 82 Fed. Reg. 27,621 (June 16, 2017), and stayed its vacatur of the Section 705 Stay until October 12, 2018.  ECF No. 91.  The stay

expired on October 16, 2018, *see* Oct. 12, 2018 Minute Order (temporarily extending stay of vacatur until October 16, 2018), on which date the Court entered a Memorandum Opinion and Order denying a motion to preliminarily enjoin the 2016 borrower defense regulations. *See CAPPS v. DeVos*, 344 F. Supp. 3d 158 (D.D.C. 2018).

The Court's judgment in this case is thus final, and the parties believe the case should be administratively closed. As such, the parties do not believe it is impacted by the Department's forthcoming borrower defense regulations.

| | |
|---|---|
| Dated: September 12, 2019 | Respectfully Submitted, |
| */s/ Adam R. Pulver* <br> Adam R. Pulver <br> D.C. Bar No. 1020475 <br> Scott L. Nelson <br> D.C. Bar. No. 413548 <br> Public Citizen Litigation Group <br> 1600 20th Street NW <br> Washington, DC 20009 <br> (202) 588-7790 <br> apulver@citizen.org <br><br> *Counsel for Plaintiffs* | JOSEPH H. HUNT <br> Assistant Attorney General <br><br> MARCIA BERMAN <br> Assistant Branch Director <br><br> */s/ R. Charlie Merritt* <br> R. CHARLIE MERRITT (VA # 89400) <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 919 East Main Street, Suite 919 <br> Richmond, VA 23219 <br> (202) 616-8098 <br> robert.c.merritt@usdoj.gov <br><br> *Counsel for Defendants* |